1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8   OGALA ET AL,                                    No.  CV 14-00173 LB

9              Plaintiff,                           **ORDER**

10     v.

11   CHEVRON CORPORATION ET AL,

12              Defendant.
                                            /
13

14   GOOD CAUSE APPEARING THEREFOR,

15          IT IS ORDERED that this case is reassigned to the **Honorable William H. Orrick** in the

16   **San Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

17   bear the **initials WHO** immediately after the case number. All dates presently scheduled are vacated

18   and motions should be renoticed for hearing before the judge to whom the case has been reassigned.

19   Briefing schedules, including ADR and other deadlines remain unchanged. *See* Civil L.R. 7-7(d).

20   Matters for which a magistrate judge has already issued a report and recommendation shall not be

21   rebriefed or noticed for hearing before the newly assigned judge; such matters shall proceed in

22   accordance with Fed. R. Civ. P. 72(b).

23

24                                                 FOR THE EXECUTIVE COMMITTEE:

25

26   Dated:  March 12, 2014

27                                                 Richard W. Wieking
                                                   Clerk of Court
28

A true and correct copy of this order has been served by mail upon any pro se parties.

*United States District Court*
*For the Northern District of California*