1  N Robert A. Mittelstaedt (State Bar No. 60359)
   ramittelstaedt@JonesDay.com
2  Caroline N. Mitchell (State Bar No. 143124)
   cnmitchell@JonesDay.com
3  David L. Wallach (State Bar No. 233432)
   dwallach@JonesDay.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:    415.626.3939
6  Facsimile:    415.875.5700

7  Attorneys for Defendants
   CHEVRON CORP. AND
8  CHEVRON U.S.A. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Foster Ogala, et al.,** | **Case No.  14-cv-00173-SC** |
| **Plaintiffs,** | **STIPULATION RESCHEDULING HEARING** |
| v. | |
| **Chevron Corp., et al.,** | |
| **Defendants.** | |

1    WHEREAS, on March 12, 2014, defendants Chevron Corporation and Chevron U.S.A.,
2 Inc. filed a motion to dismiss the above-captioned case (the "Motion") noticed for hearing before
3 the Honorable William H. Orrick on April 23, 2014;

4    WHEREAS, on March 17, Judge Orrick recused himself (ECF No. 17) and, on March 18,
5 the matter was reassigned to the Honorable Samuel Conti;

6    WHEREAS, in accordance with the Court's law and motion schedule, defendants re-
7 noticed the Motion for hearing on April 18, 2014;

8    WHEREAS the hearing on the Motion is currently scheduled for April 18, 2014 at 10:00
9 a.m.;

10   WHEREAS, pursuant to Federal Rule of Civil Procedure 26(d), discovery has not yet
11 commenced;

12   IT IS HEREBY STIPULATED THAT the hearing on the Motion shall be rescheduled for
13 May 2, 2014 at 10:00 a.m. and that neither party shall seek discovery until the pleadings have
14 been set and an answer has been filed.

Dated: March 25, 2014

Jones Day

By: /s/Robert A. Mittelstaedt
    Robert A. Mittelstaedt

Counsel for Defendants
CHEVRON CORP. AND CHEVRON U.S.A. INC.

Dated: March 25, 2014

Rufus-Isaacs, Acland & Grantham LLP

By: /s/ Neil Fraser
    Neil Fraser

Counsel for Plaintiffs
FOSTER OGALA, ET AL.

IT IS SO ORDERED
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION RESCHEDULING HEARING
-1-                                    CASE NO. 14-CV-00173-SC