1  Robert A. Mittelstaedt (State Bar No. 60359)
   ramittelstaedt@JonesDay.com
2  Caroline N. Mitchell (State Bar No. 143124)
   cnmitchell@JonesDay.com
3  David L. Wallach (State Bar No. 233432)
   dwallach@JonesDay.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:    415.626.3939
6  Facsimile:    415.875.5700

7  Attorneys for Defendants
   CHEVRON CORP. AND
8  CHEVRON U.S.A. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Foster Ogala, et al.,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**Chevron Corp., et al.,**<br><br>    **Defendants.** | **Case No.  14-cv-00173-SC**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br><span style="color:red">IT IS SO ORDERED AS MODIFIED</span> |

1   WHEREAS, pursuant to the Clerk's Notice Scheduling Case Management Conference on Reassignment (ECF No. 28), the Initial Case Management Conference is scheduled for June 20, 2014 at 10:00 a.m., with the parties' joint case management statement due June 13, 2014;

WHEREAS, pursuant to Rules 26(a)(1)(C) and 26(f) of the Federal Rules of Civil Procedure, the parties are required to meet and confer regarding the contents of the joint case management statement, initial disclosures and other issues by May 30, 2014, with initial disclosures due June 14, 2014;

WHEREAS, on May 19, 2014, the Court granted Defendants Chevron Corp.'s and Chevron U.S.A., Inc.'s Motion to Dismiss, and gave Plaintiffs leave to file an amended complaint by June 18, 2014;

WHEREAS, at present, no operative complaint exists;

WHEREAS, the matters to be addressed in the parties' Rule 26(f) meet and confer, case management conference statement and initial disclosures depend substantially on the contours of an amended complaint and the extent to which the Court determines any such complaint survives a motion to dismiss;

IT IS HEREBY STIPULATED THAT, pursuant to Rule 26(a)(1)(C) of the Federal Rules of Civil Procedure and Local Rule 6-2, the Initial Case Management Conference and all associated deadlines, including the initial disclosures and the Rule 26(f) conference, shall be taken off calendar, to be rescheduled after the pleadings have been set and an answer has been filed.

Dated: May 28, 2014                             Jones Day


                                                By: /s/Robert A. Mittelstaedt
                                                    Robert A. Mittelstaedt

                                                Counsel for Defendants
                                                CHEVRON CORP. AND CHEVRON U.S.A. INC.

| | |
|---|---|
| Dated: May 28, 2014 | Rufus-Isaacs, Acland & Grantham LLP |
| | By: /s/ Neil Fraser |
| | Neil Fraser |
| | Counsel for Plaintiffs |
| | FOSTER OGALA, ET AL. |

Pursuant to Local Rule 5-1(i)(3), I, Robert A. Mittelstaedt, attest that concurrence in filing this document has been obtained from the other signatory.

| | |
|---|---|
| Dated: May 28, 2014 | JONES DAY |
| | By: /s/ Robert A. Mittelstaedt |
| | Robert A. Mittelstaedt |
| | Counsel for Defendants |
| | CHEVRON CORP. AND CHEVRON U.S.A. INC. |

PURSUANT TO THE FORGOING STIPULATION, IT IS SO ORDERED. The Case Management Conference is continued to Friday, August 22, 2014 at 10:00 AM.

Dated: 05/29/2014

The Honorable Samuel Conti

SFI-862203v1