Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@JonesDay.com
Caroline N. Mitchell (State Bar No. 143124)
cnmitchell@JonesDay.com
David L. Wallach (State Bar No. 233432)
dwallach@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     415.626.3939
Facsimile:      415.875.5700

Attorneys for Defendant
CHEVRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Foster Ogola, et al.,**<br><br>　　　　　**Plaintiffs,**<br><br>　　v.<br><br>**Chevron Corporation,**<br><br>　　　　　**Defendant.** | **Case No.  14-cv-00173-SC**<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE** |

WHEREAS, pursuant to the Stipulation and Order entered by the Court on May 29, 2014 (ECF No. 33), the Initial Case Management Conference is scheduled for August 22, 2014 at 10:00 a.m.;

WHEREAS, pursuant to Rules 26(a)(1)(c) and 26(f) of the Federal Rules of Civil Procedure, with an Initial CMC on August 22, 2014, the parties would be required to meet and confer regarding the contents of the joint case management statement, initial disclosures and other issues by August 1, with the Initial Case Management Conference Statement due August 8, 2014, and with initial disclosures due August 15, 2014;

WHEREAS, on May 19, 2014, the Court granted Defendants Chevron Corp.'s and Chevron U.S.A., Inc.'s (CUSA) Motion to Dismiss with leave to amend, holding, *inter alia*, that

1  the complaint did not plead a valid basis for holding defendants responsible for alleged torts of

2  Chevron Nigeria Limited (CNL) or that plaintiffs incurred an injury-in-fact sufficient to give

3  them standing to sue in federal court (ECF No. 30);

4      WHEREAS, plaintiffs filed the First Amended Complaint (FAC) on June 17, 2014,

5  dropping CUSA and Chevron Investments Inc. as defendants and alleging a putative class action

6  on behalf of a class of Nigerians residing in Bayelsa State, Nigeria;

7      WHEREAS, on July 3, 2014, defendant Chevron Corporation moved to dismiss and strike

8  the FAC arguing, *inter alia*, that the named plaintiffs still have not alleged an injury-in-fact

9  sufficient to establish standing or any valid basis for holding Chevron Corporation responsible for

10 alleged torts by CNL, and that the FAC's new class allegations fail to plead a viable class action;

11     WHEREAS, defendant's motion to dismiss and to strike is noticed for hearing on August

12 8, 2014, at 10:00 a.m.;

13     WHEREAS, the matters to be addressed in any Rule 26(f) meet and confer, case

14 management conference statement and initial disclosures depend on the outcome of the motion to

15 dismiss and strike and, in the interest of efficiency, the parties wish to defer those tasks until the

16 pending motion to dismiss and strike is decided;

17     IT IS HEREBY STIPULATED that, subject to the Court's approval and pursuant to Rule

18 26(a)(1)(C) of the Federal Rules of Civil Procedure and Local Rule 6-2, the Initial Case

19 Management Conference shall be rescheduled for October 24, 2014, or such date as the Court

20 deems appropriate to accommodate a ruling on the pending motion and, depending on the ruling,

21 sufficient time thereafter for the parties to meet requirements under Rule 26(f) for conference and

22 initial disclosures, if any.

23

24 Dated: July 11, 2014                              Jones Day

25

26                                           By: /s/Robert A. Mittelstaedt
                                               Robert A. Mittelstaedt

27                                           Counsel for Defendant

28                                           CHEVRON CORPORATION

1 | Dated: July 11, 2014                                Rufus-Isaacs, Acland & Grantham LLP

2

3                                                                        By: /s/ Neil Fraser
                                                                             Neil Fraser
4

5                                                                        Counsel for Plaintiffs
                                                                         FOSTER OGOLA, ET AL.
6

7   Pursuant to Local Rule 5-1(i)(3), I, Robert A. Mittelstaedt, attest that concurrence in filing

8 this document has been obtained from the other signatory.

9 Dated: July 11, 2014                                JONES DAY

10

11                                                                       By: /s/ Robert A. Mittelstaedt
                                                                             Robert A. Mittelstaedt
12

13                                                                       Counsel for Defendants
                                                                         CHEVRON CORPORATION
14

15

16           PURSUANT TO THE FORGOING STIPULATION, IT IS SO ORDERED.

17

18   Dated:   07/23/2014                             _____
19                                                     The Honorable Samuel Conti

20

-3-

STIP. AND [PROP.] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE
CASE NO. 14-CV-00173-SC