Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@JonesDay.com
Caroline N. Mitchell (State Bar No. 143124)
cnmitchell@JonesDay.com
David L. Wallach (State Bar No. 233432)
dwallach@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    415.626.3939
Facsimile:     415.875.5700

Attorneys for Defendant
CHEVRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **FOSTER OGOLA, et al.,** | Case No.  14-cv-00173-SC |
| **Plaintiffs,** | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| **CHEVRON CORPORATION,** | |
| **Defendant.** | |

WHEREAS, the parties have previously stipulated that the Initial Case Management Conference should be deferred until the pleadings are set (ECF Nos. 33 and 41);

WHEREAS, by Stipulation and Order entered by the Court on July 23, 2014 (ECF No. 41), the Initial Case Management Conference is scheduled for October 24, 2014 at 10:00 a.m.;

WHEREAS, on August 21, 2014, the Court granted defendant Chevron Corporation's motion to dismiss the first amended complaint with leave to amend (ECF No. 44);

WHEREAS, plaintiffs filed the Second Amended Complaint (SAC) on September 3, 2014 (ECF No. 45), which Chevron intends to move to dismiss and to strike portions of it and to set the motion for hearing on October 30, 2014;

WHEREAS, the matters to be addressed in any Rule 26(f) meet and confer, case

management conference statement and initial disclosures depend on the outcome of the motion to dismiss and, in the interest of efficiency, the parties wish to defer those tasks until the motion to dismiss and strike is decided;

    IT IS HEREBY STIPULATED that, subject to the Court's approval and pursuant to Rule 26(a)(1)(C) of the Federal Rules of Civil Procedure and Local Rule 6-2, the Initial Case Management Conference shall be rescheduled for December 12, 2014, or such date as the Court deems appropriate to accommodate a ruling on the pending motion and sufficient time after the ruling for the parties to meet the requirements under Rule 26(f) for the conference of counsel, preparing the CMC statement and initial disclosures.

Dated: September 17, 2014    Jones Day

By: /s/Robert A. Mittelstaedt
    Robert A. Mittelstaedt

Counsel for Defendant
CHEVRON CORPORATION

Dated: September 17, 2014    Rufus-Isaacs, Acland & Grantham LLP

By: /s/ Neil Fraser
    Neil Fraser

Counsel for Plaintiffs
FOSTER OGOLA, ET AL.

    Pursuant to Local Rule 5-1(i)(3), I, Robert A. Mittelstaedt, attest that concurrence in filing this document has been obtained from the other signatory.

    PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

Dated: 09/17/2014

_____
The Honorable Samuel Conti