1  Robert A. Mittelstaedt (State Bar No. 60359)
   ramittelstaedt@JonesDay.com
2  Caroline N. Mitchell (State Bar No. 143124)
   cnmitchell@JonesDay.com
3  David L. Wallach (State Bar No. 233432)
   dwallach@JonesDay.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:     415.626.3939
6  Facsimile:     415.875.5700

7  Attorneys for Defendant
   CHEVRON CORPORATION

8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13  **FOSTER OGOLA, et al.,**              |  **Case No.  14-cv-00173-SC**

14              **Plaintiffs,**            |  **STIPULATION AND [~~PROPOSED~~]**
                                           |  **ORDER CONTINUING CASE**
15         **v.**                          |  **MANAGEMENT CONFERENCE**

16  **CHEVRON CORPORATION,**

17              **Defendant.**

18

19         WHEREAS, the parties have previously stipulated and the Court has ordered that the

20  Initial Case Management Conference should be deferred until the pleadings are set (ECF Nos. 33,

21  41 and 48);

22         WHEREAS, on August 21, 2014, the Court granted defendant Chevron Corporation's

23  motion to dismiss the first amended complaint with leave to amend (ECF No. 44);

24         WHEREAS, plaintiffs filed the Second Amended Complaint (SAC) on September 3, 2014

25  (ECF No. 45);

26         WHEREAS, Chevron filed a motion to dismiss and strike portions of the SAC on

27  September 22, 2014 (ECF No. 49), which the Court took under submission on November 12,

28  2014 (ECF No. 53);

1   WHEREAS, by Stipulation and Order entered by the Court on September 18, 2014 (ECF

2   No. 48), the Initial Case Management Conference is scheduled for December 12, 2014 at 10:00

3   a.m., with the deadline for counsel to meet and confer under Rule 26(f) on November 21, 2014;

4   WHEREAS, the matters to be addressed in any Rule 26(f) meet and confer, case

5   management conference statement and initial disclosures depend on the outcome of the motion to

6   dismiss and, in the interest of efficiency and in light of counsels' schedules, the parties wish to

7   defer those tasks until the motion to dismiss and strike is decided;

8   IT IS HEREBY STIPULATED that, subject to the Court's approval and pursuant to Rule

9   26(a)(1)(C) of the Federal Rules of Civil Procedure and Local Rule 6-2, the Initial Case

10   Management Conference shall be rescheduled for February 6, 2015, or such date as the Court

11   deems appropriate to accommodate a ruling on the pending motion and sufficient time after the

12   ruling for the parties to meet the requirements under Rule 26(f) for the conference of counsel,

13   preparing the CMC statement and initial disclosures.

14   Dated: November 18, 2014                    Jones Day

15                                                By: /s/Robert A. Mittelstaedt

16                                                    Robert A. Mittelstaedt

17                                                Counsel for Defendant
                                                 CHEVRON CORPORATION

18   Dated: November 18, 2014                    Rufus-Isaacs, Acland & Grantham LLP

19                                                By: /s/ Neil Fraser

20                                                    Neil Fraser

21                                                Counsel for Plaintiffs
                                                 FOSTER OGOLA, ET AL.
22

23   Pursuant to Local Rule 5-1(i)(3), I, Robert A. Mittelstaedt, attest that concurrence in filing

24   this document has been obtained from the other signatory.

25   PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

26

27   Dated: 11/19/2014                           _____

28   SFI-620877229                               The Hon_____

                                    -2-                STIPULATION AND ORDER CONTINUING
                                                       CASE MANAGEMENT CONFERENCE
                                                       CASE NO. 14-CV-00173-SC