
| | |
|---|---|
| 1 | Jacqueline Perry (State Bar No. 218367) |
| | jperry@rufuslaw.com |
| 2 | Neil J. Fraser (State Bar No. 125651) |
| | nfraser@rufuslaw.com |
| 3 | RUFUS-ISAACS, ACLAND & GRANTHAM LLP |
| | 232 North Canon Drive |
| 4 | Beverly Hills, CA  90210 |
| | Telephone:     (310) 274-3803 |
| 5 | Facsimile:     (310) 860-2430 |
| 6 | Attorneys for Plaintiffs |
| | DR. FOSTER OGOLA, ET AL. |
| 7 | |
| 8 | Robert A. Mittelstaedt (State Bar No. 60359) |
| | ramittelstaedt@JonesDay.com |
| | Caroline N. Mitchell (State Bar No. 143124) |
| 9 | cnmitchell@JonesDay.com |
| | David L. Wallach (State Bar No. 233432) |
| 10 | dwallach@JonesDay.com |
| | JONES DAY |
| 11 | 555 California Street, 26th Floor |
| | San Francisco, CA  94104 |
| 12 | Telephone:     415.626.3939 |
| | Facsimile:     415.875.5700 |
| 13 | |
| | Attorneys for Defendant |
| 14 | CHEVRON CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Foster Ogola, et al.,** | Case No. 14-cv-00173-SC |
| **Plaintiffs,** | **EXHIBIT** |
| v. | **to JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER** |
| **Chevron Corp.,** | |
| **Defendant.** | Date:       February 6, 2015 |
| | Time:       10:00 a.m. |
| | Judge:      Hon. Samuel Conti |
| | Courtroom: 1 |

## List of 61 Nigerian Lawsuits Related to the KS Endeavor

|    | Case Name | Court |
|----|-----------|-------|
| 1  | King Diete Spiff & Others v. Nigerian National Petroleum Corporation, Chevron Nigeria Limited & Chevron Corporation | Federal High Court - Abuja |
| 2  | King Diete Spiff & Others v. Chevron Nigeria Limited, Chevron Corporation, Nigeria Chevron Alpha Limited & Nigeria Chevron Beta Limited | Federal High Court - Yenagoa |
| 3  | Gift Young Fabby v. Chevron Nigeria Limited & FODE Drilling Nigeria Limited | Federal High Court - Lagos |
| 4  | Chief Epemu Aaron & Others v. Chevron Nigeria Limited | Federal High Court - Port Harcourt |
| 5  | Chief Zacchariah, Trust E. & Others v. Chevron Nigeria Limited | Federal High Court - Port Harcourt |
| 6  | Marian Ekine & Other v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 7  | Ibinabo David & Others v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 8  | Joseph Sanderson & Another v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 9  | Chief Solomon William & Others v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 10 | Deitei Bipeleghe v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 11 | Chief Ezekiel Frank v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 12 | Milton Elijah v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 13 | Ekiozidi J. Diekedie & Others v. Chevron Nigeria Limited & Nigerian National Petroleum Corporation | Federal High Court - Yenagoa |
| 14 | Chief Geoffrey Ombukoroga v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 15 | Chief Ditimi Ekpete v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 16 | Rev. Revelation Oluto v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 17 | Chief Azilo Teiwei v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 18 | Diepreye Elijah v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 19 | Chief Ezekiel Frank v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 20 | David Deitei v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 21 | Chief Ebikeseye Bipeledei & Others v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 22 | Ebitanbo-Si-Ogbo (Koluama 1) Fishing Coop Society Ltd v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 23 | Apostle Enugu Bipeledei v. Chevron Nigeria Limited | Federal High Court - Yenagoa |

| 24 | Mrs. Undukedoumene Dickson v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
|---|---|---|
| 25 | Alpheaus Femene & Others v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 26 | Augustine Gogo & Another v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 27 | Clement Oputu & Others v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 28 | Dieyepriye Abraham & Another v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 29 | Ebitei Fegbeghe & Others v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 30 | Ikiokamote Faubai & Another v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 31 | Innocent Kiriben & Others v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 32 | Innocent Kubo & Another v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 33 | John Bipeleghe & Another v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 34 | Milton Elijah & Others v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 35 | Nimitei Yabo & Another v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 36 | Ozunimi Michael & Others v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 37 | Peregba Egbe & Others v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 38 | Peremobowei Federick Ade & Others v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 39 | Priso Jerusalem & Others v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 40 | Samson Isedirighe & Another v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 41 | Talents Orio & Another v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 42 | Abiola Bereduoghe & Another v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 43 | Awumade Godson Sodaguo & Another v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 44 | Stephen Ebisintei & Another v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 45 | Ajakajak Multi-Purpose Cooperative Society Limited v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 46 | Ebidoumini (Azuzuama) Fishing Cooperative Society Limited v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 47 | Chief Felix Akuama v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 48 | Godgift Bonapumo v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 49 | Johnson Angasei v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 50 | Kiara Samanga Bonny Livestock Farmers Cooperative Investment and Credit Society Limited v. Chevron Nigeria Limited | Federal High Court - Yenagoa |

| 51 | Livinus Ebenezer v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
|---|---|---|
| 52 | Ido Soibi Awo Multi-Purpose Cooperative Society Limited v. Chevron Nigeria Limited | Federal High Court - Yenagoa |
| 53 | Josiah Braboldu & Others v. Nigerian National Petroleum Corporation, Chevron Nigeria Limited, and Chevron Corporation | Federal High Court - Yenagoa |
| 54 | Eboi W. U. Watchman & Others v. Nigerian National Petroleum Corporation, Chevron Nigeria Limited, and Chevron Corporation | Federal High Court - Yenagoa |
| 55 | Izanpelewei Biri-Emi & Others v. Nigerian National Petroleum Corporation, Chevron Nigeria Limited, and Chevron Corporation | Federal High Court - Yenagoa |
| 56 | King I. G. Bokolo Waru & Others v. Nigerian National Petroleum Corporation, Chevron Nigeria Limited, and Chevron Corporation | Federal High Court - Yenagoa |
| 57 | King C. G. Omieh Igoni XXI & Others v. Nigerian National Petroleum Corporation, Chevron Nigeria Limited, and Chevron Corporation | Federal High Court - Yenagoa |
| 58 | King Francis Amene & Others v. Nigerian National Petroleum Corporation, Chevron Nigeria Limited, and Chevron Corporation | Federal High Court - Yenagoa |
| 59 | Akuromah Akali-Ikpeyaigula & Others v. Nigerian National Petroleum Corporation, Chevron Nigeria Limited, and Chevron Corporation | Federal High Court - Yenagoa |
| 60 | Abite E. Nite & Others v. Nigerian National Petroleum Corporation, Chevron Nigeria Limited, and Chevron Corporation | Federal High Court - Yenagoa |
| 61 | O. S. D. Asei & Others v. Nigerian National Petroleum Corporation, Chevron Nigeria Limited, and Chevron Corporation | Federal High Court - Yenagoa |

HUI-340176915v2