RUFUS-ISAACS, ACLAND & GRANTHAM LLP
JACQUELINE PERRY (State Bar No. 218367)
NEIL J. FRASER (State Bar No. 125651)
232 North Canon Drive
Beverly Hills, California 90210
Phone:   (310) 274-3803
Fax:     (310) 860-2430
E-Mail:  jperry@rufuslaw.com/nfraser@rufuslaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. FOSTER OGOLA et al<br><br>Plaintiffs,<br><br>vs.<br><br>CHEVRON CORPORATION,<br>    Defendant. | CASE NO. : 14-cv-00173-SC<br><br>**STIPULATION CONTINUING DATE OF HEARING OF MOTION FOR CLASS CERTIFICATION** |

1

WHEREAS the court has ordered that the hearing for the Motion for Class Certification should take place on December 4 2015;

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that, subject to the Court's approval; the date be continued and rescheduled for December 11 2015, or such date as is convenient for the Court, on the grounds that plaintiffs' lead counsel is scheduled for trial in the Royal Courts of Justice in London, England during the first week of December and thereafter requires time to arrive in the United States in full preparedness for the hearing before this Court on the Motion for Class Certification.

Pursuant to Local Rule 5-1(i)(3), I, Jacqueline A. Perry, further attest hereunder that concurrence in filing this document has been obtained from the other signatory.

Dated: February 10, 2015

Rufus-Isaacs Acland & Grantham



IT IS SO ORDERED
Judge Samuel Conti
2/12/2015

Dated:

By: /s/Jacqueline A. Perry

Jacqueline A. Perry

Counsel for Plaintiffs
Foster Ogola et al

Jones Day

By: /s/Robert A. Mittelstaedt

Robert Mittelstaedt

Counsel for Defendant
Chevron Corporation