Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@JonesDay.com
Caroline N. Mitchell (State Bar No. 143124)
cnmitchell@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: 415.626.3939
Facsimile: 415.875.5700

Attorneys for Defendant
CHEVRON CORPORATION

Jacqueline Perry (State Bar No. 218367)
jperry@rufuslaw.com
Neil J. Fraser (State Bar No. 125651)
nfraser@rufuslaw.com
RUFUS-ISAACS, ACLAND & GRANTHAM LLP
232 North Canon Drive
Beverly Hills, CA 90210
Telephone: 310.274.3803
Facsimile: 310.860.2430

Attorneys for Plaintiffs
NATTO IYELA GBARABE, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **NATTO IYELA GBARABE, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CHEVRON CORPORATION,**<br><br>Defendant. | Case No. 14-cv-00173-SC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RE DISCOVERY DIRECTED TO NEW PLAINTIFFS IN THE THIRD AMENDED COMPLAINT** |

WHEREAS, defendant served the plaintiffs named in the Second Amended Complaint with one Set of Interrogatories and a First Set of Requests for Production, both dated February 17, 2015 and a Second Set of Requests for Production, dated February 27, 2015 (hereafter the "Discovery");

///

WHEREAS, the Third Amended Complaint filed on June 1, 2015, among other things, lists 11 additional plaintiffs whom plaintiffs' counsel contend were "drawn from the existing plaintiffs in this case;"

WHEREAS, plaintiffs' counsel offered that they would treat the Discovery as if it were served on those 11 persons on June 1, 2015, without the need for defendant to re-serve the Discovery, and defendant accepted that offer without prejudice to its response to the Third Amended Complaint and without conceding its propriety,

Now, therefore, the parties hereby stipulate as follows:

1. The Discovery identified above shall be deemed served as of June 1, 2015, on the 11 individuals referred to above.

2. This is without prejudice to defendant's rights and remedies with respect to filing of the Third Amended Complaint and without prejudice to plaintiffs' position that the 11 plaintiffs were named pursuant to stipulation dated March 15, 2015.

Pursuant to Local Rule 5-1(i)(3), I, Robert A. Mittelstaedt, attest that concurrence in filing this document has been obtained from the other signatory.

Dated: June 18, 2015

Jones Day

By: /s/ Robert A. Mittelstaedt
    Robert A. Mittelstaedt

Counsel for Defendant
CHEVRON CORPORATION

Dated: June 18, 2015

Rufus-Isaacs, Acland & Grantham LLP

By: /s/ Jacqueline Perry
    Jacqueline Perry

Counsel for Plaintiffs
NATTO IYELA GBARABE, et al.

# [~~PROPOSED~~] ORDER

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

Dated: June 23, 2015

_____
The Honorable Samuel Conti

NAI-1500377837

-3-

STIPULATION
CASE NO. 14-CV-00173-SC