1  Robert A. Mittelstaedt (State Bar No. 60359)
   ramittelstaedt@JonesDay.com
2  Caroline N. Mitchell (State Bar No. 143124)
   cnmitchell@JonesDay.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:    415.626.3939
5  Facsimile:    415.875.5700

6  Attorneys for Defendant
   CHEVRON CORPORATION
7
   Jacqueline Perry (State Bar No. 218367)
8  jperry@rufuslaw.com
   Neil J. Fraser (State Bar No. 125651)
9  nfraser@rufuslaw.com
   RUFUS-ISAACS, ACLAND & GRANTHAM LLP
10 232 North Canon Drive
   Beverly Hills, CA  90210
11 Telephone:    310.274.3803
   Facsimile:    310.860.2430
12
   Attorneys for Plaintiffs
13 NATTO IYELA GBARABE, et al.

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17 | **NATTO IYELA GBARABE, et al.,** | **Case No.  14-cv-00173-SC** |
18 | **Plaintiffs,** | **STIPULATION AND** ~~**PROPOSED**~~ |
19 | v. | **ORDER RE FILING OF FOURTH AMENDED COMPLAINT** |
20 | **CHEVRON CORPORATION,** | |
21 | **Defendant.** | |

NAI-1500554442v1                 -1-          STIPULATION RE FILING OF
                                              FOURTH AMENDED COMPLAINT
                                              CASE NO. 14-CV-00173-SC

1   WHEREAS, five of the six named plaintiffs named in the Second Amended Complaint
2   have been dismissed with prejudice;

3   WHEREAS, Defendant Chevron moved to dismiss or strike the Third Amended
4   Complaint and the Court granted the motion to strike;

5   WHEREAS, Plaintiff Natto Iyela Gbarabe has prepared a Fourth Amended Complaint;

6   WHEREAS, the parties agree to the filing of the Fourth Amended Complaint, without
7   waiving any of Chevron's rights, including without limitation, to bring motions under Federal
8   Rules of Civil Procedure 11, 12 and 56.

9   NOW THEREFORE, the parties stipulate to the filing of the Fourth Amended Complaint.

10  Pursuant to Local Rule 5-1(i)(3), I, Robert A. Mittelstaedt, attest that concurrence in filing
11  this document has been obtained from the other signatory.

12  Dated: September 28, 2015                Jones Day

14                                          By: /s/ Robert A. Mittelstaedt
                                                Robert A. Mittelstaedt

15                                          Counsel for Defendant
16                                          CHEVRON CORPORATION

17  Dated: September 28, 2015                Rufus-Isaacs, Acland & Grantham LLP

18                                          By: /s/ Jacqueline Perry
19                                              Jacqueline Perry

20                                          Counsel for Plaintiffs
                                            NATTO IYELA GBARABE, et al.
21

22                          [~~PROPOSED~~] ORDER

23  PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

25  Dated: 09/30/2015
                                            _____
26  NAI-1500377837                          The Honorable Samuel Conti
                                            Judge Samuel Conti

NAI-1500554442v1                            STIPULATION RE FILING OF
                    -2-                     FOURTH AMENDED COMPLAINT
                                            CASE NO. 14-CV-00173-SC