RUFUS-ISAACS, ACLAND & GRANTHAM
By: Jacqueline Perry, Q.C. (State Bar No.: 218637)
    Neil J. Fraser. Esq. (State Bar No.: 125651)
232 North Canon Drive
Beverly Hills, California 90210
Phone:   (213) 324-4206
Fax:     (310) 860-2430
E-Mail: neil53@mac.com/ jperry@rufuslaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTH DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATTO IYELA GBARABE, etc., <br><br> Plaintiff, <br><br> vs. <br><br> CHEVRON CORPORATION, <br><br> Defendant. | CASE NO. 14-cv-00173-SI <br> (Assigned to Hon. Susan Illston, Courtroom One) <br><br> **EXHIBITS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION.** |

## TABLE OF CONTENTS - EXHIBITS

**EXHIBIT A** ....................................................................................................................................

(A1)  VERDE: KS ENDEAVOR RIG BLOWOUT ENVIRONMENTAL ASSESSMENT (AUTHOR – KEVIN CLEARY) .................................................................................. 1-10

(A2)  VERDE: THE KS ENDEAVOR BLOWOUT INCIDENT: RESIDUAL MARINE BENTHIC IMPACT ASSESSMENT (PHYSALIA APPLIED SCIENCES; AUTHORS – DR. S. J. FORSTER, DR. M. W. TRETT) ....................................... 11-177

(A3)  VERDE: APPRAISAL REPORT ON MARINE SURVEY DATA FOR FUNIWA CRATER, NIGERIA (IRISH HYDRODATA LTD.; AUTHOR – J. F. WALSHE) ............................................................................................................................... 178-195

(A4)  VERDE: KS ENDEAVOR PROJECT FACTUAL REPORT ON ANALYTICAL TESTING (JONES ENVIRONMENTAL LABORATORY; AUTHOR – ALAN WILSON) ................................................................................................................. 196-484

**EXHIBIT B** ....................................................................................................................................

(B1)  SOCIO-ECONOMIC REPORT ON THE EFECTS OF THE KS ENDEAVOR RIG EXPLOSION ON THE COASTAL COMMUNITIES OF BAYELSA (AUTHORS – PROF. E. J. ALAGOA, PROF. A. A. DEREFAKA, DR. A. M. OKOROBIA) .................................................................................................................................... 485-705

(B2)  SUMMARY OF POST IMPACT STUDIES AND FINDINGS ON THE EFFECT OF JANUARY 2012 CHEVRON GAS RIG EXPLOSION OFF THE ATLANTIC OCEAN (AUTHOR – PROF. JASPER FREEBORN ABOWEI) ................. 706-723

(B3)  CURRICULUM VITAE – PROFESSOR EBIEGBERI JOE ALAGOA; EMERITUS PROFESSOR OF HISTORY, UNIVERSITY OF PORT HARCOURT ......... 724-737

(B4)  CURRICULUM VITAE – PROFESSOR ABI A. DEREFAKA; DIRECTOR, UNIVERSITY OF PORT HARCOURT MUSEUM ..................................... 738-739

(B5)  CURRICULUM VITAE – DR. ATEI MARK OKOROBIA; ACTING HEAD, DEPARTMENT OF HISTORY AND DIPLOMATIC STUDIES, UNIVERSITY OF PORT HARCOURT .................................................................................... 740-741

(B6)  CURRICULUM VITAE – PROFESSOR JASPER FREEBORN ABOWEI; PROFESSOR OF BIOLOGICAL SCIENCE, NIGER DELTA UNIVERSITY ................................................................................................................................ 742-759

(B7)     REFERENCE REPORTS OF PROFESSOR ABOWEI ................................. 760-790

**EXHIBIT C** ...............................................................................................................

(C1)     DAMAGE MODEL FOR CLASS ACTION MANAGEMENT IN THE MATTER OF
         GBARABE V CHEVRON (HSNO; AUTHOR – CHRISTOPHER K. MONEY) .........
         ....................................................................................................... 791-801

**EXHIBIT D** ...............................................................................................................

(D1)     DECLARATION OF NATTO IYELA GBARABE ................................. 802-817

(D2)     DECLARATION OF BEATRICE EZEKIEL ........................................ 818-824

(D3)     DECLARATION OF BENJAMIN AYIBATONYE CHRISTOPHER ........... 825-832

(D4)     DECLARATION OF CORNELIUS OLUMOFA ................................... 833-840

(D5)     DECLARATION OF DANIEL AWE .................................................. 841-848

(D6)     DECLARATION OF EBIWEI BAGHEBO ........................................... 849-858

(D7)     DECLARATION OF FESTUS ILEBERI ............................................. 859-867

(D8)     DECLARATION OF IYADIMA DUODUO .......................................... 868-875

(D9)     DECLARATION OF PETER AGU ..................................................... 876-883

**EXHIBIT E** ...............................................................................................................

(E1)     DECLARATION OF ALAGOA MORRIS WITH ACCOMPANYING WRITTEN
         REPORTS, PHOTOGRAPHS, AND VIDEO STILLS ........................ 884-1018

(E2)     DECLARATION OF OBA NSUGBE, Q.C. ..................................... 1019-1047

(E3)     DECLARATION OF EBIDESEGHABOFA JONAS FRANCIS .............. 1048-1054

(E4)     DECLARATION OF HENRY (HARRY) HARPER ............................ 1055-1061

(E5)     FOREIGN JUDGMENTS (RECIPROCAL ENFORCEMENT) ACT OF 1990,
         NIGERIA ................................................................................... 1062-1069

| | | |
|---|---|---|
| (E6) | TELEVISION BROADCAST VIDEO STILLS, AFRICA TODAY, YENAGOA | 1070-1079 |
| (E7) | NEW OIL SPILL, GAS LEAK FROM CHEVRON FIELD THREATENS KOLUAMA COMMUNITY IN BAYELSA (SAHARA REPORTERS; AUGUST 15, 2013) | 1080-1083 |

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California, over the age of eighteen years and not a party to this action. My business address is 232 N. Canon Drive, California 90210.

On April 8, 2016, I served the following documents:

**EXHIBITS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION OF PLAINTIFF NATTO GBARABE**

On the interested parties by serving:

**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Attn: ROBERT A. MITTELSTAEDT, ESQ. (ramittelstaedt@JonesDay.com)
     CAROLINE N. MITCHELL, ESQ (cnmitchell@JonesDay.com)

(_) By Mail: I caused such envelope to be deposited in the U.S. Mail at Beverly Hills, California, postage fully paid, in the usual and customary course of business.

(_X_) By E-Mail: I caused such document to be transmitted by e-mail to the persons specified above, with said transmission reported as completed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of April 2016 at Beverly Hills, California.

_____/S/_____
NEIL J. FRASER

**PROOF OF SERVICE**