RUFUS-ISAACS, ACLAND & GRANTHAM
By: Jacqueline Perry, Q.C. (State Bar No.: 218637)
    Neil J. Fraser. Esq. (State Bar No.: 125651)
232 North Canon Drive
Beverly Hills, California 90210
Phone:   (213) 324-4206
Fax:     (310) 860-2430
E-Mail: neil53@mac.com/ jperry@rufuslaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTH DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATTO IYELA GBARABE, etc., <br><br> Plaintiff, <br><br> vs. <br><br> CHEVRON CORPORATION, <br><br> Defendant. | CASE NO. 14-cv-00173-SI <br> (Assigned to Hon. Susan Illston, Courtroom One) <br><br> EXHIBITS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION. |

## TABLE OF CONTENTS - EXHIBITS

**EXHIBIT A** ....................................................................................................................................

(A1)   VERDE: KS ENDEAVOR RIG BLOWOUT ENVIRONMENTAL ASSESSMENT
       (AUTHOR – KEVIN CLEARY) .................................................................................... 1-10

(A2)   VERDE: THE KS ENDEAVOR BLOWOUT INCIDENT: RESIDUAL MARINE
       BENTHIC IMPACT ASSESSMENT (PHYSALIA APPLIED SCIENCES;
       AUTHORS – DR. S. J. FORSTER, DR. M. W. TRETT) .................................... 11-177

(A3)   VERDE: APPRAISAL REPORT ON MARINE SURVEY DATA FOR FUNIWA
       CRATER, NIGERIA (IRISH HYDRODATA LTD.; AUTHOR – J. F. WALSHE)
       ................................................................................................................................ 178-195

(A4)   VERDE: KS ENDEAVOR PROJECT FACTUAL REPORT ON ANALYTICAL
       TESTING (JONES ENVIRONMENTAL LABORATORY; AUTHOR – ALAN
       WILSON) ................................................................................................................. 196-484

**EXHIBIT B** ....................................................................................................................................

(B1)   SOCIO-ECONOMIC REPORT ON THE EFECTS OF THE KS ENDEAVOR RIG
       EXPLOSION ON THE COASTAL COMMUNITIES OF BAYELSA (AUTHORS –
       PROF. E. J. ALAGOA, PROF. A. A. DEREFAKA, DR. A. M. OKOROBIA) ...............
       ................................................................................................................................ 485-705

(B2)   SUMMARY OF POST IMPACT STUDIES AND FINDINGS ON THE EFFECT OF
       JANUARY 2012 CHEVRON GAS RIG EXPLOSION OFF THE ATLANTIC
       OCEAN (AUTHOR – PROF. JASPER FREEBORN ABOWEI) .................... 706-723

(B3)   CURRICULUM VITAE – PROFESSOR EBIEGBERI JOE ALAGOA; EMERITUS
       PROFESSOR OF HISTORY, UNIVERSITY OF PORT HARCOURT ......... 724-737

(B4)   CURRICULUM VITAE – PROFESSOR ABI A. DEREFAKA; DIRECTOR,
       UNIVERSITY OF PORT HARCOURT MUSEUM ............................................ 738-739

(B5)   CURRICULUM VITAE – DR. ATEI MARK OKOROBIA; ACTING HEAD,
       DEPARTMENT OF HISTORY AND DIPLOMATIC STUDIES, UNIVERSITY OF
       PORT HARCOURT ................................................................................................ 740-741

(B6)   CURRICULUM VITAE – PROFESSOR JASPER FREEBORN ABOWEI;
       PROFESSOR OF BIOLOGICAL SCIENCE, NIGER DELTA UNIVERSITY
       ................................................................................................................................ 742-759

(B7)   REFERENCE REPORTS OF PROFESSOR ABOWEI ................................. 760-790

**EXHIBIT C** ................................................................................................................

(C1)   DAMAGE MODEL FOR CLASS ACTION MANAGEMENT IN THE MATTER OF GBARABE V CHEVRON (HSNO; AUTHOR – CHRISTOPHER K. MONEY) ......... 791-801

**EXHIBIT D** ................................................................................................................

(D1)   DECLARATION OF NATTO IYELA GBARABE ................................. 802-817
(D2)   DECLARATION OF BEATRICE EZEKIEL ................................. 818-824
(D3)   DECLARATION OF BENJAMIN AYIBATONYE CHRISTOPHER ........... 825-832
(D4)   DECLARATION OF CORNELIUS OLUMOFA ................................. 833-840
(D5)   DECLARATION OF DANIEL AWE ................................. 841-848
(D6)   DECLARATION OF EBIWEI BAGHEBO ................................. 849-858
(D7)   DECLARATION OF FESTUS ILEBERI ................................. 859-867
(D8)   DECLARATION OF IYADIMA DUODUO ................................. 868-875
(D9)   DECLARATION OF PETER AGU ................................. 876-883

**EXHIBIT E** ................................................................................................................

(E1)   DECLARATION OF ALAGOA MORRIS WITH ACCOMPANYING WRITTEN REPORTS, PHOTOGRAPHS, AND VIDEO STILLS ................................. 884-1018
(E2)   DECLARATION OF OBA NSUGBE, Q.C. ................................. 1019-1047
(E3)   DECLARATION OF EBIDESEGHABOFA JONAS FRANCIS ........... 1048-1054
(E4)   DECLARATION OF HENRY (HARRY) HARPER ................................. 1055-1061
(E5)   FOREIGN JUDGMENTS (RECIPROCAL ENFORCEMENT) ACT OF 1990, NIGERIA ................................. 1062-1069

iii

(E6)     TELEVISION BROADCAST VIDEO STILLS, AFRICA TODAY, YENAGOA ............................................................................................................... 1070- 1079

(E7)     NEW OIL SPILL, GAS LEAK FROM CHEVRON FIELD THREATENS KOLUAMA COMMUNITY IN BAYELSA (SAHARA REPORTERS; AUGUST 15, 2013) ............................................................................................. 1080-1083

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California, over the age of eighteen years and not a party to this action. My business address is 232 N. Canon Drive, California 90210.

On April 8, 2016, I served the following documents:

**EXHIBITS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION OF PLAINTIFF NATTO GBARABE**

On the interested parties by serving:

JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104
Attn: ROBERT A. MITTELSTAEDT, ESQ. (ramittelstaedt@JonesDay.com)
      CAROLINE N. MITCHELL, ESQ (cnmitchell@JonesDay.com)

(__) By Mail: I caused such envelope to be deposited in the U.S. Mail at Beverly Hills, California, postage fully paid, in the usual and customary course of business.

(_X_) By E-Mail: I caused such document to be transmitted by e-mail to the persons specified above, with said transmission reported as completed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of April 2016 at Beverly Hills, California.

_____/S/_____
NEIL J. FRASER

**PROOF OF SERVICE**