Jacqueline Perry (State Bar No. 218367)
jperry@rufuslaw.com
Neil J. Fraser (State Bar No. 125651)
nfraser@rufuslaw.com
RUFUS-ISAACS, ACLAND & GRANTHAM LLP
232 North Canon Drive
Beverly Hills, CA  90210
Telephone:     (310) 274-3803
Facsimile:      (310) 860-2430

Attorneys for Plaintiff
NATTO IYELA GBARABE

Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@JonesDay.com
Caroline N. Mitchell (State Bar No. 143124)
cnmitchell@JonesDay.com
David L. Wallach (State Bar No. 233432)
dwallach@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     415.626.3939
Facsimile:      415.875.5700

Attorneys for Defendant
CHEVRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **NATTO IYELA GBARABE et al.,**<br><br>       **Plaintiff,**<br><br>    v.<br><br>**CHEVRON CORPORATION,**<br><br>       **Defendant.** | **Case No. 14-cv-00173-SI**<br><br>**JOINT [~~PROPOSED~~] CASE MANAGEMENT ORDER**<br><br>Date:      June 2, 2016<br>Time:      3:00 p.m.<br>Judge:     Hon. Susan Illston<br>Courtroom: 1 |

The parties have submitted their respective positions on the production of plaintiff's funding agreement and the Court will take it under submission.

The parties have stipulated and the Court orders:

1. Plaintiff will complete electronic production of the Damage/Loss Questionnaires by May 31, 2016 and will not rely in class certification on any Damage/Loss surveys produced thereafter, absent a showing of good cause for later production and/or lack of prejudice to defendant. If a dispute arises that the parties cannot resolve informally, the issue will be submitted to this Court for determination. Plaintiff will also produce the names of the individuals who collected the Damage/Loss Questionnaires no later than May 31, 2016.

2. Plaintiff will produce all facts and data, and any other production required by the March 7 stipulated order (Dkt. No. 120) by May 31, 2016. Plaintiff will certify that his production of facts and data is complete as of that date. To the extent that facts and data are not produced by that date, defendant reserves the right to move to exclude any opinions that rely on unproduced facts and data. Plaintiff reserves the right to argue his position that all necessary "facts and data" have been provided by that date or are outside the scope of Rule 26(a)(2)(B)(ii). In the event there is a dispute as to the completeness of the materials produced by plaintiff, the parties agree to submit the issues for determination to this Court.

3. Plaintiff will re-produce his prior document productions with Bates numbers by June 16, 2016. The parties agree to meet and confer over any logistical issue which makes said date untenable.

4. Plaintiff will file a "Certification of Interested Entities and Persons" pursuant to Local Rule 3-15 by May 31, 2016.

5. The dates for class certification shall be re-set as follows:

Class Certification Opposition Brief:  September 2, 2016

Class Certification Reply Brief:  November 4, 2016; and

Hearing:  December 9, 2019.

1  **IT IS SO ORDERED.**

3  Dated: _June 2_____, 2016

         _____
         Hon. Susan Illston
         United States District Judge

10  NAI-1501069426v1