PERRY FRASER LLP
*JACQUELINE PERRY (State Bar No. 218367)*
*NEIL J. FRASER (State Bar No. 125651)*
945 Mayo Street
Los Angeles, California 90042
Phone: (213) 324-4206
E-Mail:*jperry@perryfraser.com/nfraser@perryfraser.com*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATTO IYELA GBARABE, etc., | CASE NO.: 14-cv-00173-SI |
| Plaintiff, | STIPULATION AND (~~PROPOSED~~) ORDER RE CONTINUANCE OF MOTIONS AND CASE MANAGEMENT CONFERENCE CURRENTLY SEY FOR AUGUST 5, 2016. |
| v. | |
| CHEVRON CORPORATION, | |
| Defendant. | |

   WHEREAS, on June 22, 2016, the Court, on its own motion, continued plaintiff's Motion for Discovery Costs/Sanctions (*ECF 138*) and defendant's Motion to Compel Production of Litigation Funding Documents (*ECF* 139, both originally set for hearing on July 29, 2016 at 10.00 a.m., and further continued the Case Management Conference in this matter, set for July 29, 2016 ay 3.00 p.m., all in Courtroom One of the above Court, until August 5, 2016 at the herein-mentioned times and place (*Doc. No. 151*);

   WHEREAS, plaintiff's counsel immediately informed defense counsel of a conflict on the new date and requested the latter stipulate to August 12, 2016 for said

1
STIPULATION AND PROPOSED ORDER RE CONTINUANCE OF MOTIONS
AND CASE MANAGEMENT CONFERENCE SET FOR AUGUST 5 2016

proceedings, subject to Court approval;

WHEREAS, counsel for defendant, on July 25, 2016, informed plaintiff counsel that they would agree to the proposed date of August 12, 2016 but no other date further in the future;

IT IS HEREBY STIPULATED that, subject to the Court's approval, that the herein identified motions be continued for hearing on August 12, 2016, both at 10.00 a.m. in Courtroom One, and the Case Management Conference also be continued to said August 12, 2016 date at 3.00 p.m. in Courtroom One of this Court.

Dated: July ____, 2016                    JONES DAY

                                          _____
                                          Caroline Mitchell, Counsel for Defendant

Dated: July ____, 2016                    PERRY FRASER LLP

                                          By: _____
                                          Neil Fraser, Counsel for Plaintiff

Pursuant to Local Rule 5-1(i)(3), I, NEIL J. FRASER, attest that concurrence in filing this document has been obtained from the other signatory.

Dated: July ____, 2016

PERRY FRASER LLP

By: _____
Neil J. Fraser, Counsel for Plaintiff

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: __7/28__, 2016

_____
HONORABLE SUSAN ILLSTON
United States District Court Judge