Jacqueline Perry (State Bar No. 218367)
jperry@perryfraser.com
Neil J. Fraser (State Bar No. 125651)
nfraser@perryfraser.com
PERRY FRASER LLP
945 Mayo Street
Los Angeles, CA  90042
Telephone:    (213) 324-4206

Attorneys for Plaintiff
NATTO IYELA GBARABE

Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@JonesDay.com
Caroline N. Mitchell (State Bar No. 143124)
cnmitchell@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    415.626.3939
Facsimile:    415.875.5700

Christopher H. Domingo (*pro hac vice*)
chdomingo@JonesDay.com
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone:    832.239.3939
Facsimile:    832.239.3600

Attorneys for Defendant
CHEVRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATTO IYELA GBARABE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHEVRON CORPORATION,<br><br>　　　　　　Defendant. | **Case No. 14-cv-00173-SI**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CHEVRON'S RESPONSE TO PLAINTIFF'S AMENDED CLASS DEFINITION** |

Pursuant to Local Rules 6-2 and 7-12, plaintiff Natto Iyela Gbarabe and defendant Chevron Corporation enter the following stipulation:

Whereas, the Court held a Case Management Conference on September 30, 2016;

Whereas, the Court entered a Minute Entry concerning the Case Management Conference on October 3, 2016 (ECF 192);

Whereas, the "Summary" in the Minute Entry states that "Plaintiff shall produce the following items by 10/7/16: 1) privilege logs, 2) amend[ed] class definition, 3) supplemental responses to interrogatories re: 'verbal opinion as expressed by Verde.' Defendant may file its response to the supplemental interrogatory responses by 10/21/16";

Whereas, consistent with the discussion at the CMC, the parties believe that the final sentence should state, "Defendant may file its response to the amended class definition by 10/21/16"; and

Whereas, the parties have met and conferred regarding this issue.

Subject to the Court's approval, the parties stipulate to the following:

1. The final sentence of the Minute Entry Summary is amended to state: "Defendant may file its response to the amended class definition by 10/21/16."

Dated: October 19, 2016

JONES DAY

By: /s/ *Robert A. Mittelstaedt*
    Robert A. Mittelstaedt

Counsel for Defendant
CHEVRON CORPORATION

Dated: October 19, 2016

PERRY & FRASER

By: /s/ *Neil Fraser*
    Neil Fraser

Counsel for Plaintiff
NATTO IYELA GBARABE

## SIGNATURE ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from all persons whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

Dated:  October 19, 2016

JONES DAY

By: /s/ *Robert A. Mittelstaedt*
Robert A. Mittelstaedt

Counsel for Defendant
CHEVRON CORPORATION

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
The Honorable Susan Illston

NAI-1502184099v1

Stipulation Re: Chevron's Resp.
to Plf's Am. Class Definition
Case No. 14-CV-00173-SI