Jacqueline Perry (State Bar No. 218367)
jperry@perryfraser.com
Neil J. Fraser (State Bar No. 125651)
nfraser@perryfraser.com
PERRY FRASER LLP
945 Mayo Street
Los Angeles, CA  90042
Telephone:    (213) 324-4206

Attorneys for Plaintiff
NATTO IYELA GBARABE

Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@JonesDay.com
Caroline N. Mitchell (State Bar No. 143124)
cnmitchell@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    415.626.3939
Facsimile:    415.875.5700

Christopher H. Domingo (*pro hac vice*)
chdomingo@JonesDay.com
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone:    832.239.3939
Facsimile:    832.239.3600

Attorneys for Defendant
CHEVRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATTO IYELA GBARABE,<br><br>                    Plaintiff,<br><br>          v.<br><br>CHEVRON CORPORATION,<br><br>                    Defendant. | Case No. **14-cv-00173-SI**<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE: CHEVRON'S RESPONSE**<br>**TO PLAINTIFF'S AMENDED CLASS**<br>**DEFINITION** |

Pursuant to Local Rules 6-2 and 7-12, plaintiff Natto Iyela Gbarabe and defendant Chevron Corporation enter the following stipulation:

Whereas, the Court held a Case Management Conference on September 30, 2016;

Whereas, the Court entered a Minute Entry concerning the Case Management Conference on October 3, 2016 (ECF 192);

Whereas, the "Summary" in the Minute Entry states that "Plaintiff shall produce the following items by 10/7/16:  1) privilege logs, 2) amend[ed] class definition, 3) supplemental responses to interrogatories re: 'verbal opinion as expressed by Verde.'  Defendant may file its response to the supplemental interrogatory responses by 10/21/16";

Whereas, consistent with the discussion at the CMC, the parties believe that the final sentence should state, "Defendant may file its response to the amended class definition by 10/21/16"; and

Whereas, the parties have met and conferred regarding this issue.

Subject to the Court's approval, the parties stipulate to the following:

1.      The final sentence of the Minute Entry Summary is amended to state:  "Defendant may file its response to the amended class definition by 10/21/16."

Dated:  October 19, 2016

JONES DAY

By:  /s/ *Robert A. Mittelstaedt*
     Robert A. Mittelstaedt

Counsel for Defendant
CHEVRON CORPORATION

Dated:  October 19, 2016

PERRY & FRASER

By:  /s/ *Neil Fraser*
     Neil Fraser

Counsel for Plaintiff
NATTO IYELA GBARABE

1

2                                    SIGNATURE ATTESTATION

3          I hereby attest that concurrence in the filing of this document has been obtained from all

4  persons whose signatures are indicated by a "conformed" signature (/s/) within this e-filed

5  document.

6  Dated:  October 19, 2016                    JONES DAY

7
                                              By:  /s/ Robert A. Mittelstaedt
8                                                    Robert A. Mittelstaedt

9                                             Counsel for Defendant
                                              CHEVRON CORPORATION
10

11

12

13

14

15

16

17

18                                  [PROPOSED] ORDER

19  PURSUANT TO STIPULATION, IT IS SO ORDERED.

20

21                                                    Susan Illston

22         Dated:  _10/20/16_
                                              The Honorable Susan Illston
23  NAI-1502184099v1

24

25

26

27

28
                                                    Stipulation Re: Chevron's Resp.
                                                    to Plf's Am. Class Definition
                                                    Case No. 14-CV-00173-SI