Jacqueline Perry (State Bar No. 218367)
jperry@perryfraser.com
Neil J. Fraser (State Bar No. 125651)
nfraser@perryfraser.com
PERRY FRASER LLP
945 Mayo Street
Los Angeles, CA 90042
Telephone: (213) 324-4206

Attorneys for Plaintiff
NATTO IYELA GBARABE

Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@JonesDay.com
Caroline N. Mitchell (State Bar No. 143124)
cnmitchell@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: 415.626.3939
Facsimile: 415.875.5700

Christopher H. Domingo (*pro hac vice*)
chdomingo@JonesDay.com
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: 832.239.3939
Facsimile: 832.239.3600

Attorneys for Defendant
CHEVRON CORPORATION

IT IS SO ORDERED
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATTO IYELA GBARABE, | Case No. 14-cv-00173-SI |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL** |
| v. | |
| CHEVRON CORPORATION, | |
| Defendant. | |

Whereas, Natto Iyela Gbarabe is the only plaintiff named in the operative complaint (ECF 99);

Whereas, plaintiff brought claims against Chevron Corporation in his individual capacity and on behalf of a purported class;

Whereas, the Court denied plaintiff's motion for class certification on March 13, 2017 (ECF 250);

Whereas, plaintiff does not intend to pursue his individual claim against Chevron Corporation or any of its subsidiaries, affiliates, officers, directors, employees or other agents (hereinafter "Chevron");

Whereas, plaintiff, of and for himself alone, desires to dismiss the operative complaint;

Whereas, plaintiff wants to ensure that his dismissal will not constitute an adjudication on the merits as to the original or any purported class;

Whereas, the parties agree that this dismissal is not an adjudication on the merits as to anyone but plaintiff;

Whereas, Chevron Corporation is willing to waive it claim for costs and fees.

ACCORDINGLY, IT IS HEREBY STIPULATED that plaintiff shall release and not pursue any claim against Chevron as broadly defined above, and hereby dismisses his complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In exchange for plaintiff's agreement to dismiss this action with prejudice, Chevron agrees that the dismissal will not constitute an adjudication on the merits as to any other individuals in the putative class, certification of which the Court denied, or as to any individual, other than Gbarabe, or any putative class in any lawsuit that may be filed subsequent to this dismissal regarding the facts alleged in this lawsuit. Chevron further agrees that it will not rely on this dismissal as a basis to assert *res judicata* or claim and/or issue preclusion arguments in any future lawsuit brought by any other plaintiff or putative class related to the facts alleged in the operative complaint. Each party will bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated: **July 31**, 2017 | **PERRY FRASER LLP** |
| | By: /s/ Neil Fraser |
| | Neil Fraser |
| | *Counsel for Plaintiff NattoIyelaGbarabe* |
| Dated: **July 30** 2017 | **PLAINTIFF** |
| | By: [signature] |
| | NattoIyelaGbarabe |
| | *Plaintiff* |
| Dated: **August 1**, 2017 | **JONES DAY** |
| | By: /s/ Robert A. Mittelstaedt |
| | Robert A. Mittelstaedt |
| | *Counsel for Defendant Chevron Corp.* |

SIGNATURE ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from all persons whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

| | |
|---|---|
| Dated: **July 31**, 2017 | **PERRY FRASER LLP** |
| | By: /s/ Neil Fraser |
| | Neil Fraser |
| | *Counsel for Plaintiff NattoIyelaGbarabe* |

NAI-1502682812v3